# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| **LINDA SMITH,** § <br> § <br> **Plaintiff,** § <br> § <br> v. § <br> § <br> **SHELLPOINT MORTGAGE,** § <br> § <br> **Defendant.** § <br> § | Civil No. 4:20-cv-130-SDJ-KPJ |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On September 3, 2020, the Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #14) that this matter be dismissed without prejudice for want of prosecution.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

Accordingly, Plaintiff Linda Smith's claims are **DISMISSED WITHOUT PREJUDICE**.

All relief not previously granted is **DENIED**. The Clerk is directed to **CLOSE** this civil action.

**So ORDERED and SIGNED this 28th day of September, 2020.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE